## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-00135-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: May 5, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| REBECCA G. HUTCHESON, | Sean P. Paris, via telephone |
| | Russell P. Rowe, via telephone |
| **Plaintiff,** | |
| v. | |
| MOLLY K. CHILSON, individually, and in her official capacity as District Attorney within and for the Eleventh Judicial District of the State of Colorado, and OFFICE OF THE DISTRICT ATTORNEY, 11TH JUDICIAL DISTRICT, STATE OF COLORADO, | Timothy P. Schimberg, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in Session:** 8:33 a.m.
Court calls case.  Appearances of counsel.

**ORDERED:** Defendants' Motion for Protective Order [filed April 25, 2008; doc. 21] is granted in part and denied in part for the reasons stated on the record. Defendants shall answer interrogatory numbers 15, 16, and 17 only by May 19, 2008.

**ORDERED:** Plaintiff's Motion for Leave to Amend Complaint [filed April 4, 2008 ;doc. 15] is granted for the reasons stated on the record.  The Amended Complaint filed April 4, 2008 as Exhibit 1 to the motion (doc. 15-2) is accepted for filing on this date.

HEARING CONCLUDED.

**Court in recess:** 9:09 a.m.
Total time in court: 00:36