IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00135-REB-CBS

REBECCA G. HUTCHESON,

    Plaintiff,

v.

MOLLY K. CHILSON, individually, and in her official capacity as District Attorney within and for the Eleventh Judicial District of the State of Colorado, and
OFFICE OF THE DISTRICT ATTORNEY, 11TH JUDICIAL DISTRICT, STATE OF COLORADO,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendants' Unopposed Motion To Withdraw Their Motion To Dismiss Plaintiff's Complaint Without Prejudice and For Leave To File Motion To Dismiss Plaintiff's Amended Complaint** [#29[, filed May 7, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendants' Unopposed Motion To Withdraw Their Motion To Dismiss Plaintiff's Complaint Without Prejudice and For Leave To File Motion To Dismiss Plaintiff's Amended Complaint** [#29[, filed May 7, 2008, is **GRANTED**;

    2. That **Defendants' Motion To Dismiss Plaintiff's Complaint Pursuant To Fed.R.Civ.P. 12(b)(6)** [#11], filed March 28, 2008, is **WITHDRAWN**; and

    3. That defendants shall have up to and including **May 19, 2008**, to file and serve a motion to dismiss plaintiff's amended complaint.

    Dated: May 8, 2008

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.