# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00135-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 22, 2008 | Courtroom Deputy: Ben Van Dyke |

REBECCA G. HUTCHESON,                    Sean P. Paris, via telephone

    **Plaintiff,**

v.

MOLLY K. CHILSON, individually, and in her official              Timothy P. Schimberg, via telephone
capacity as District Attorney within and for the Eleventh        Susan B. Woods, via telephone
Judicial District of the State of Colorado, and
OFFICE OF THE DISTRICT ATTORNEY, 11TH JUDICIAL
DISTRICT, STATE OF COLORADO,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:    11:32 a.m.**
Court calls case. Appearances of counsel.

Counsel discuss Plaintiff's Unopposed Motion to Suspend Scheduling Order [doc. #14] Entered on April 1, 2008 [filed July 18, 2008; doc. 35] with the court.

**ORDERED:   Plaintiff's Unopposed Motion to Suspend Scheduling Order [doc. #14] Entered on April 1, 2008 [filed July 18, 2008; doc. 35] is granted consistent with the discussion on the record.**

    Parties shall designate affirmative experts **on or before August 31, 2008.**

    Parties shall designate rebuttal experts **on or before September 30, 2008.**

    Discovery Cut-off: **October 31, 2008.**

    Dispositive Motions deadline: **November 28, 2008.**

HEARING CONCLUDED.

**Court in recess:    11:48 a.m.**                    Total time in court:    00:16