IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00135-REB-CBS

REBECCA G. HUTCHESON,

    Plaintiff,

v.

MOLLY K. CHILSON, individually, and in her official capacity as District Attorney within and for the Eleventh Judicial District of the State of Colorado, and
OFFICE OF THE DISTRICT ATTORNEY, 11TH JUDICIAL DISTRICT, STATE OF COLORADO,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Plaintiff's Unopposed Motion To Vacate Trial and To Suspend Scheduling Order [Doc #14] Entered on April 1, 2008, as Amended** [#42] filed August 18, 2008, is **DENIED**.

    Dated: August 26, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.