**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 08-cv-00135-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 16, 2008 | Courtroom Deputy: Kathleen Finney |

| | |
|---|---|
| REBECCA G. HUTCHESON, | Sean P. Paris, via telephone |
| **Plaintiff,** | |
| v. | |
| MOLLY K. CHILSON, individually, and in her official capacity as District Attorney within and for the Eleventh Judicial District of the State of Colorado, and OFFICE OF THE DISTRICT ATTORNEY, 11TH JUDICIAL DISTRICT, STATE OF COLORADO, | Timothy P. Schimberg, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session: 2:29 p.m.**
Court calls case. Appearances of counsel.

Counsel discuss Plaintiff's Forthwith Motion for Leave to Endorse Experts Unaccompanied by Written Report [Docket No. 44, filed 8/26/2008] with the Court. The Court states reasons for deadlines not being extended as requested by parties.

**It is ORDERED:** Plaintiff's Forthwith Motion for Leave to Endorse Experts Unaccompanied by Written Report [Docket No. 44, filed 8/26/2008] is hereby **granted in part, denied in part.**

**It is ORDERED:** Plaintiff shall provide a truncated Rule 26(a)(2) Disclosure, consistent with discussion on the record, by close of business on or before **September 23, 2008**, and Defendant shall provide a truncated Rule 26(a)(2) Disclosure by close of business on or before **October 6, 2008.**

HEARING CONCLUDED.
**Court in recess**: **3:05 p.m.**                                  Total time in court:     00:36