**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00135-REB-CBS

REBECCA G. HUTCHESON,

    Plaintiff,

v.

MOLLY K. CHILSON, individually, and in her official capacity as District Attorney within and for the Eleventh Judicial District of the State of Colorado, and
OFFICE OF THE DISTRICT ATTORNEY, 11TH JUDICIAL DISTRICT, STATE OF COLORADO,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#65] filed December 11, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#65] filed December 11, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for March 20, 2009, is **VACATED**;

3. That the jury trial set to commence April 6, 2009, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 12, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**